INN - PROB 22
Rev. 05/04

# TRANSFER OF JURISDICTION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 MAY -5 AM 9:35
LORETTA G. WHYTE
CLERK

| | | | |
|---|---|---|---|
| DOCKET NUMBER *(Tran. Court)* | 0755 3:05CR00093 | | |
| DOCKET NUMBER *(Rec. Court)* | 08-118 (L/1) | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | Casey Collins<br>500 Poydras St, Room B-505<br>New Orleans, LA 70130 | | |
| DISTRICT | Northern District Of Indiana | DIVISION | South Bend |
| NAME OF SENTENCING JUDGE | Honorable Judge Allen Sharp | | |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/12/2007 | TO 01/11/09 | |
| OFFENSE | CONTROLLED SUBSTANCE - SELL - DISTRIBUTE - OR DISPENSE 18:922(g) | | |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Louisiana [New Orleans] upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 16, 2008
*Date*

[signature]
*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF Louisiana

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/29/08
*Effective Date*

[signature]
*United States District Judge*

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No.